IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALARMAX DISTRIBUTORS, INC.    )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 07-0259
                              )
RICHARD KERR, et al.,         )
        Defendant.            )

ORDER

AND NOW, this 16th day of March, 2007, IT IS HEREBY ORDERED that a status conference in this matter will be held on March 21, 2007, at 4:30 p.m.  Plaintiff is directed to notify all defendants and/or defense counsel with whom it has had contact of the scheduling of this conference.  To the extent necessary, parties may appear by telephone.

                                    BY THE COURT:

                                    _____, J.

cc:   All Counsel of Record