IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALARMAX DISTRIBUTORS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0259 |
| | ) |
| RICHARD KERR, et al., | ) |
| Defendant. | ) |

ORDER

AND NOW, this 29th day of March, 2007, IT IS HEREBY ORDERED that all documents and information exchanged in this case shall be governed by the terms and conditions of the Protective Order in Appendix A to the Local Patent Rules, with the following change: Paragraph 8(a) shall read "one (1) employee of the receiving party who is required in good faith to provide assistance in the conduct of this litigation, including any settlement discussions, and who is identified as such in writing to counsel for the designating party in advance of the disclosure."

The dates set forth in this court's Initial Case Management Plan shall not be changed as a result of this order.

BY THE COURT:

_____, J.

cc:   All Counsel of Record