## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALARMAX DISTRIBUTORS, INC. | ) | CASE NO. 2:07 CV 00259 |
| | ) | |
| Plaintiff, | ) | JUDGE GARY L. LANCASTER |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD KERR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

AND NOW, this 9th day of May, 2007, IT IS ORDERED THAT AlarMax Distributors Inc.'s

Motion to Advance Trial On The Merits And Consolidate With Motion For Injunctive Relief is hereby

GRANTED.  The Injunction Hearing of May, 10, 2007 is hereby cancelled and a telephone status conference

will be held before the undersigned on Friday, May 11, 2007 at 10 AM, to set the remaining discovery schedule

and a trial date.   The Court will iniate this conference call.  Counsel shall contact chambers and

provide their direct dial telephone numbers.

JUDGE GARY L. LANCASTER