GHC:maf
97068-116127
#920659

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALARMAX DISTRIBUTORS, INC. | ) | CASE NO. 2:07 CV 00259 |
| | ) | |
| Plaintiff, | ) | JUDGE GARY L. LANCASTER |
| | ) | |
| v. | ) | **MOTION FOR VOLUNTARY** |
| | ) | **DISMISSAL OF COUNTERCLAIM** |
| RICHARD KERR, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Now comes Defendant Defender Products, Inc. and moves this Court pursuant to Civ. R. 41(A)(2) for an Order dismissing its Counterclaim without prejudice. Because proceedings before this Court will be simplified, and AlarMax will not be prejudiced, voluntary dismissal without prejudice should be granted.

SO ORDERED, this 16th day of May, 2007.

*[signature]*
Gary L. Lancaster,
U.S. District Judge

Respectfully submitted,

s/George H. Carr
TIMOTHY T. BRICK (0040526) (Ohio)
GEORGE H. CARR (0069372) (Ohio)
*Gallagher Sharp*
Sixth Floor, Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
Phone: (216) 241-5310
Fax: (216) 241-1608
e-mail: tbrick@gallaghersharp.com
e-mail: gcarr@gallaghersharp.com
*Attorneys for Defendants* Richard Kerr, Matthew Wain, John Wain, Defender Products, Inc. and A Sound Alternative, Inc.