UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AlarMax Distributors, Inc., a Pennsylvania corporation, | Civil Action No.2:07-00259 |
| Plaintiff, | |
| vs. | Judge Gary L. Lancaster |
| Richard Kerr, an individual, Matthew Wain, an individual, John Wain, an individual, Defender Products, Inc., an Ohio Corporation, and A Sound Alternative, Inc., an Ohio Corporation, | |
| Defendants. | |

## JUDGMENT

Upon agreement of the parties to this action and with the consent of Richard Kerr, judgment is entered against Richard Kerr and in favor of Plaintiff AlarMax Distributors, Inc. on Count VIII of the Complaint (Conversion) in the amount of $153,412.11. All other claims in this action are hereby dismissed with prejudice.

_____
Judge Gary L. Lancaster
10/20/07